**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 98-6132**

---

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

DARRIS DARNELL BOATWRIGHT,

Defendant - Appellant.

---

Appeal from the United States District Court for the Western District of Virginia, at Roanoke.  Jackson L. Kiser, Senior District Judge.  (CR-92-9, CA-97-165-R)

---

Submitted:  April 29, 1998          Decided:  May 18, 1998

---

Before MURNAGHAN, NIEMEYER, and WILLIAMS, Circuit Judges.

---

Dismissed by unpublished per curiam opinion.

---

Darris Darnell Boatwright, Appellant Pro Se.  Joseph William Hooge Mott, Assistant United States Attorney, Roanoke, Virginia, for Appellee.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellant seeks to appeal the district court's order denying his motion filed under 28 U.S.C.A. § 2255 (West 1994 & Supp. 1998). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. United States v. Boatwright, Nos. CR-92-9; CA-97-165-R (W.D. Va. Nov. 26, 1997). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

2